# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Living United for Change in Arizona, et al., | No. CV-26-02320-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Warren Peterson, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Extension of Time for Plaintiffs to file a Reply to Defendants' Response in Opposition to Plaintiffs' Motion for Preliminary and Permanent Injunction (Doc. 11) and good cause appearing,

**IT IS ORDERED** that Plaintiff shall file a Reply on or before **May 15, 2026**.

Dated this 7th day of May, 2026.

Honorable Susan M. Brnovich
United States District Judge