**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Living United for Change in Arizona, et al., | No. CV-26-02320-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| Warren Peterson, et al., | |
| Defendants. | |

The Court having considered the parties' Joint Motion to Vacate Telephonic Case Management Conference (Doc. 19) and good cause appearing,

**IT IS ORDERED** vacating the July 22, 2026 Telephonic Case Management Conference.

**IT IS FURTHER ORDERED** vacating the deadline for the parties' file a joint Case Management Report.

**IT IS FURTHER ORDERED** that the Court will reset the Case Management Conference for a time after a ruling on the pending Partial Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 18) filed by Defendants on June 24, 2026.

Dated this 14th day of July, 2026.

Honorable Susan M. Brnovich
United States District Judge