**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Living United for Change in Arizona, et al.,
Plaintiffs,
v.
Warren Peterson, et al.,
Defendants.

No. CV-26-02320-PHX-SMB

**ORDER**

The Court having considered Defendants' Unopposed Motion for an Extension of Time to Respond to the First Amended Complaint (Doc. 27) and good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted. Defendants' deadline for responding to the First Amended Complaint (Doc. 26) is extended through and including **October 19, 2026**.

Dated this 1st day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge